UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| D. DOUGLAS HOWARD, JR. | * | CIVIL ACTION |
| | * | |
| VERSUS | * | CASE NO. 09-3450 |
| | * | |
| LESLEY SIMMONS ST. GERMAIN, | * | Section: "J" Hon. Judge Barbier |
| HILLARY ROSE SMITH, | * | |
| MELISSA BRANIGHAN, | * | Magistrate "4" Hon. Judge Roby |
| MARK EDW. ANDREWS, | * | |
| ANDREWS ARTS & SCIENCES LAW, LLC, | * | |
| and DAVID E. SIMMONS, DDS | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**REQUEST FOR ORAL ARGUMENT
ON DEFENDANTS' MOTION FOR RULE 11 SANCTIONS**

NOW INTO COURT, through undersigned counsel, comes Plaintiff, D. Douglas Howard, Jr., who respectfully submits this Request for Oral Argument on Defendants' Motion for Rule 11 Sanctions.

Pursuant to Federal Rule of Civil Procedure 78.1(e), Plaintiff, D. Douglas Howard, Jr., respectfully requests that this Honorable Court grant oral argument regarding Defendants' Motion for Rule 11 Sanctions, which is currently noticed for hearing on the 24th day of June, 2009.

- 1 -

Respectfully submitted,

 [s/] Shawn C. Reed
SHAWN C. REED (#14304) *T.A.*
516 N. Columbia Street
Covington, Louisiana 70433
Telephone: (985) 893-3607
Facsimile: (985) 893-3478
**Attorney for Plaintiff,**
**D. Douglas Howard, Jr.**

— AND —

 [s/] D. Douglas Howard, Jr.
D. DOUGLAS HOWARD, JR. (#7021)
839 St. Charles Avenue, Suite 306
New Orleans, Louisiana 70130
Telephone: (504) 581-3610
Facsimile: (504) 581-7509
*PRO SE*

— AND —

 [s/] Joanne Rinardo
NANCY J. MARSHALL *T.A.* (#8955)
JOANNE RINARDO (#24201)
DEUTSCH, KERRIGAN & STILES, L.L.P.
755 Magazine Street
New Orleans, Louisiana 70130-3672
Telephone: (504) 581-5141
Facsimile: (504) 566-1201
**Attorneys for Defendant-in-Reconvention,**
**D. Douglas Howard, Jr.**

## CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing motion has been served upon, **Mark E. Andrews, Esq., Andrews Arts & Sciences Law, LLC,** 7104 Coliseum Street, New Orleans, Louisiana  70118, by electronic means, by fax, by hand, and/or by placing same in the U.S. Mail, postage prepaid and properly addressed, this **17th  day of June, 2009.**

          [s/] Shawn C. Reed
          **SHAWN C. REED**